```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  CLAY LEE JONES.,

                                      Plaintiff,                 **ORDER SCHEDULING TELEPHONE CONFERENCE**

            -against-

                                                                     24-CV-10039 (JLR)

  DAVIE GROUP TRADING (USA) INC.,
    *d/b/a* OUTDOORPLAY.,

                                      Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 11). A telephone conference will be held on **Thursday, March 6, 2025 at 12:30 p.m.** in advance of a settlement conference. Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

      SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                                _____
                                                              KATHARINE H. PARKER
                                                             United States Magistrate Judge