```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  CLAY LEE JONES.,

                                                Plaintiff,

    -against-

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

24-CV-10039 (JLR)

  DAVIE GROUP TRADING (USA) INC.,
  *d/b/a* OUTDOORPLAY.,

                                               Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the Notice of Settlement filed on March 17, 2025 (doc. no 14) the Settlement Conference currently scheduled for **April 24, 2025** is hereby adjourned *sine die*.

    SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge